U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 2 3 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TROY JENNINGS<br>    FED. REG. NO. 67949-053<br>VS.<br><br>FEDERAL BUREAU OF PRISONS, ET AL. | CIVIL ACTION NO. 08-1190<br><br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint against those defendants who are alleged to reside in Brooklyn, New York, Lewisberg, Pennsylvania, or Beaumont, Texas be **DISMISSED** pursuant to the provisions of 28 U.S.C. §1406(a);

**IT IS FURTHER ORDERED THAT** plaintiff's civil rights complaint with regard to the remaining defendants be **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B) for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 23RD day of JANUARY, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**